UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 17, 2012

No. 11-3958

MARIO MENDOZA, Appellant

v.

UNITED STATES OF AMERICA

(D.N.J. D.C. No. 3:11-cv-03540)

Present:  AMBRO, VANASKIE and ALDISERT, Circuit Judges.

1.  Motion by Appellee to Publish Opinion dated June 28, 2012.

Respectfully,
Clerk/tyw/tmm

_____ORDER_____

Appellee's motion to publish opinion dated June 28, 2012, is hereby GRANTED.
The designation of the opinion as precedential does not alter the judgment previously
entered or the original filing date.

By the Court,

/s/ Aldisert
Circuit Judge

Dated:      August 1, 2012
tyw/cc:     Thomas R. Ashley, Esq.
            Mark E. Coyne, Esq.
            Norman Gross, Esq.